ACCEPTED
03-15-00427-CV
8040048
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 4:18:00 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00427-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 4:18:00 PM
JEFFREY D. KYLE
Clerk

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

_____

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

v.

AUTOHAUS LP, LLP,
*Appellee.*

_____

On Appeal from the 419th Judicial District Court
Travis County, Texas

_____

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

_____

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 36.8(d), Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas (hereinafter collectively "Appellants"), move to extend the time to file the appellants' brief, by ten (10) days, from the current deadline of Friday, December 4, 2015, to a proposed new deadline of Monday, December 14, 2015.

I.

Appellants have received one prior 30-day extension of time to file their brief.

II.

The Appellants' brief is currently due December 4, 2015. Appellants seek an additional 10 days to file their brief, which would extend the deadline to December 14, 2015.

III.

This extension is necessary because during the current 30-day period for preparing appellants' brief, Appellants' counsel has been responsible for:

(1) overseeing production of documents on November 5, 2015 in response to a third-party subpoena in *Cantilo v. Bennett, LLP., Special Deputy Receiver of Santa Fe Auto Insurance Co. v. Bailey, Crow, Kulger & Arnold, LLP, et. al.,* No. D-1-GN-15-000799, in the 98th Judicial District of Travis County, Texas;

(2) assisting counsel for the State of Texas in *City of Austin v. Travis Central Appraisal District, et al.,* No. D-1-GN-15-003492, pending in the 126th Judicial District of Travis County, Texas, and attending a hearing on the same on November 6, 2015;

(3) assisting with the preparation of oral argument *in Glenn Hegar, Comptroller of Public Accounts and Ken Paxton, Texas Attorney General v. CheckFree Services Corporation,* No. 14-15-00027-CV, pending in the Fourteenth Court of Appeals (argued by Quinn Ryan on November 12, 2015); and

(4) representing a state agency from whom documents were requested in a federal grand jury subpoena (further details omitted due to federal confidentiality requirements).

Additionally, in requesting her first extension, Appellants' counsel failed to consider both the upcoming Veteran's Day and Thanksgiving Day holidays. Appellants' counsel's office was closed all day Wednesday, November 11, 2015, and from noon Wednesday, November 25, 2015, through Sunday, November 29, 2015. Additionally, Appellants' counsel was sick and out of the office for part of the day Tuesday, November 24, 2015, and also out of the office part of the day Monday, November 30, 2015.

This request is not made for delay, but to ensure that the issues in this appeal are properly presented to this Court.

## IV.

Appellee does not oppose this motion for extension of time.

## CONCLUSION

For the foregoing reasons, Appellants Glenn Hegar, Comptroller of Public Accounts for the State of Texas, and Ken Paxton, Attorney General for the State of Texas, respectfully request that the Court grant this motion and extend the deadline for filing Appellants' brief to Monday, December 14, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

LESLI G. GINN
Division Chief
Financial Litigation and Charitable Trusts Division

*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
State Bar No. 14417420
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 475-4470
Telecopier:  (512) 477-2348
cynthia.morales@texasattorneygeneral.gov

*Counsel for Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for Appellee, David Colmenero, regarding the foregoing motion, and he advised that Appellee is not opposed to the foregoing motion.

*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES
Assistant Attorney General

4

## CERTIFICATE OF SERVICE

On December 1, 2015, this *Unopposed Second Motion for Extension of Time to File Appellants' Brief* was served electronically through the electronic filing manager and/or via email as shown below:

David E. Colmenero/Alex Pilawski
MEADOWS, COLLIER, REED, COUSINS,
CROUCH & UNGERMAN, L.L.P.
dcolmenero@meadowscollier.com


     */s/ Cynthia A. Morales*
     CYNTHIA A. MORALES
     Assistant Attorney General